# Index of Exhibits For Brief In Support of Defendant's Response To Plaintiffs' Motion In Limine Number 1, To Preclude Evidence Relating To The Use Of MFNs By Parties Other Than BCBSM

| Ex. No. | Description |
|---|---|
| 1. | *Aetna v. Blue Cross Blue Shield of Michigan*, No. 2:11-cv-15346, 2015 WL 1646464, (E.D. Mich. Apr. 14, 2015) |
| 2. | *Patterson v. Cty. of Wayne*, 259 F.R.D. 286 (E.D. Mich. 2009) |
| 3. | *FTC v. Qualcomm, Inc.*, No. 19-161222, 2020 WL 4591476 at *7 (9th Cir. Aug. 11, 2020) |
| 4. | HAP-DOJ-003114 **[FILED UNDER SEAL]** |
| 5. | Deposition of Mark Bertolini Tr. (Aetna) (Dec. 3, 2012) pgs. 12, 80-84, 124, 128, 231-232 **[FILED UNDER SEAL]** |
| 6. | Deposition of Laura Spencer Tr. (Aetna) (Oct. 5, 2012) pgs. 204-206, 261 |
| 7. | AETNA-00072679 |
| 8. | AETNA-00067845 **[FILED UNDER SEAL]** |
| 9. | AETNA-00131760 **[FILED UNDER SEAL]** |
| 10. | AETNA-00323852 **[FILED UNDER SEAL]** |
| 11. | Deposition of Michele Tracy Tr. (CIGNA) (Nov. 29, 2012) pgs. 117-119, 241-244 **[FILED UNDER SEAL]** |
| 12. | Humana-DOJ-092917 **[FILED UNDER SEAL]** |
| 13. | Humana-DOJ-054019 **[FILED UNDER SEAL]** |
| 14. | McLaren-HAP-002429 **[FILED UNDER SEAL]** |
| 15. | McLaren-HAP-001699 **[FILED UNDER SEAL]** |
| 16. | McLaren-HAP-002217 **[FILED UNDER SEAL]** |
| 17. | McLaren-HAP-002153 **[FILED UNDER SEAL]** |

| | |
|---|---|
| 18. | McLaren-HAP-001933 **[FILED UNDER SEAL]** |
| 19. | MCLAHP_DOJ_000155 **[FILED UNDER SEAL]** |
| 20. | Deposition of Steven Leach Tr. (Munson) (Mar. 15, 2012) pgs. 156-159, 289-291 |
| 21. | PH-DOJ-0001685 **[FILED UNDER SEAL]** |
| 22. | PH-DOJ-0001718 **[FILED UNDER SEAL]** |
| 23. | PH-DOJ-0001480 **[FILED UNDER SEAL]** |
| 24. | PH-DOJ-0001650 **[FILED UNDER SEAL]** |
| 25. | UHG-040445 **[FILED UNDER SEAL]** |
| 26. | ASHLT-0064457 **[FILED UNDER SEAL]** |