**Index of Exhibits For Defendant's Response To Plaintiffs' Motion In Limine Number 2 To Preclude Evidence That HAP Gained A Price Or Contracting Advantage Due To Its Relationship With Henry Ford Health System**

| Ex. No. | Description |
|---|---|
| 1. | *Aetna v. Blue Cross Blue Shield of Michigan*, No. 2:11-cv-15346, 2015 WL 1646464, (E.D. Mich. Apr. 14, 2015) |
| 2. | *Wright v. Best Recovery Servs., LLC*, No. 14-cv-12476, 2015 WL 6468135 (E.D. Mich. 2015) |
| 3. | *Partner & Partner, Inc. v. ExxonMobil Oil Corp.*, No. 05-74499, 2008 WL 896052 (E.D. Mich. Mar. 31, 2008) |
| 4. | *Med. Ctr. At Elizabeth Place, LLC v. Premier Health Ptnrs.*, No. 3:12-CV-26, 2013 WL 3872077 (S.D. Ohio Jul. 25, 2013) |
| 5. | *Insight Equity A.P. X, LP v. Transitions Optical, Inc.*, No. CV 10-635-RGA, 2016 WL 3610155 (D. Del. July 1, 2016) |
| 6. | BCBS (2019) Ex. 232, HAP-13788-00366387 **[FILED UNDER SEAL]** |
| 7. | Deposition of Naim Munir (HAP) (2019) Tr. pg. 41 **[FILED UNDER SEAL]** |
| 8. | Deposition of Laura Eory (HAP) (2012) Tr. pgs. 50-52 **[FILED UNDER SEAL]** |