# INDEX OF EXHIBITS TO MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED DAMAGES OUTSIDE OF PLAINTIFFS' PROPOSED PRODUCT AND GEOGRAPHIC MARKETS

| **Exhibit** | **Description** |
|---|---|
| A | BCBSM-Beaumont 2006 Letter of Agreement (Sorget 2012 Dep. Ex. 7, BLUECROSSMI-08-004027) **[PREVIOUSLY FILED UNDER SEAL [Dkt. 458]]** |
| B | Deposition of D. Malecki (2019) (excerpts) **[REDACTED]** |
| C | Deposition of G. Noxon (2018) (excerpts) **[REDACTED]** |
| D | Deposition of D. Darland (2019) (excerpts) **[PUBLIC]** |
| E | Deposition of J. Dunn (2018) (excerpts) **[REDACTED]** |
| F | Deposition of N. Vitale (2019) (excerpts) **[REDACTED]** |
| G | Deposition of D. Oddo (2018) (excerpts) **[REDACTED]** |
| H | Deposition of D. Mazurkiewicz (2019) (excerpts) **[REDACTED]** |
| I | Deposition of K. Lubbers (2019) (excerpts) **[REDACTED]** |
| J | Unreported Cases **[PUBLIC]** |