UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HEALTH ALLIANCE PLAN OF MICHIGAN, HAP PREFERRED, INCORPORATED, and ALLIANCE HEALTH AND LIFE INSURANCE COMPANY, <br><br>          Plaintiffs, <br>vs. <br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY, a Michigan nonprofit mutual insurance company, <br><br>          Defendant. | Civil Action No. 2:14-cv-13788 <br><br>Judge:  Hon. Denise Page Hood <br><br>Magistrate Judge:  Hon. David R. Grand |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**

Upon stipulation of the parties, IT IS HEREBY ORDERED that the above matter is dismissed with prejudice, each party to bear their own costs and attorney fees, except as otherwise stated in the confidential Settlement Agreement.

This is a final order and closes the case; the Court, however, retains jurisdiction to enforce the terms of the Settlement Agreement.

**SO ORDERED,** this 25th day of August, 2022.

44612906.2

        s/Denise Page Hood
        Denise Page Hood
        United States District Judge

Stipulated to and approved by:

| HONIGMAN LLP | BODMAN PLC |
|---|---|
| /s/ David A. Ettinger | /s/ Thomas J. Rheaume, Jr. |
| David A. Ettinger (P26537) | Thomas J. Rheaume, Jr. (P74422) |
| 660 Woodward Avenue | 6th Floor at Ford Field |
| 2290 First National Bldg. | 1901 St. Antoine St. |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 465-7368 | (313) 259-7777 |
| dettinger@honigman.com | trheaume@bodmanlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: August 25, 2022

44612906.2